**Continuing Abatement Order filed November 21, 2019**



In The

# Fourteenth Court of Appeals

_____

**NO. 14-18-00009-CR**
**NO. 14-18-00010-CR**
**NO. 14-18-00021-CR**

_____

**STEVEN KURT  BAUGHMAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 174th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1423421**

---

## CONTINUING ABATEMENT ORDER

On July 25, 2019, this court directed the trial court to conduct a hearing in this case to determine whether appellant needed appointment of new counsel. Our order required the trial judge to see that a record of the hearing is made, make findings of fact and conclusions of law, and order the trial clerk to forward a record of the hearing and a supplemental clerk's record containing the findings and

conclusions. On September 19, 2019, we received the record of that hearing. On November 19, 2019, we received the trial court's findings of fact and conclusions on law wherein it stated it would appoint counsel for appellant.

We now **ORDER** the trial court to appoint new counsel for appellant and file that order with this court. A supplemental clerk's record with an order appointing counsel shall be filed with the clerk of this court within **15 days** of the date of this order.

It is so ORDERED.

PER CURIAM

Panel Consists of Justices Wise, Zimmerer, and Spain.